■ In the Matter of KORY R., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEVIN R., SR., Appellant. (Appeal No. 4.) [673 NYS2d 347] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Kevin R., Jr.* (251 AD2d 1022 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Placement.) Present—Denman, P. J., Green, Pigott, Jr., Balio and Boehm, JJ.

■ In the Matter of KERRY R., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEVIN R., SR., Appellant. (Appeal No. 5.) [674 NYS2d 595] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Kevin R., Jr.* (251 AD2d 1022 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Placement.) Present—Denman, P. J., Green, Pigott, Jr., Balio and Boehm, JJ.